# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEFFREY L. PHIFER,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                   5:11CV29

IREDELL COUNTY, ET AL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 Order.

                                                Signed: January 18, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court